UNITED STATES DISRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Stephen Springstubbe,
     Plaintiffs,                                         Case No. 23-12816

v.                                                          Honorable Susan K. DeClercq
                                                            United States District Judge

Magic Window Company,

     Defendants.
_____/

## ORDER DISMISSING CASE

Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice under Civil

Rule 41(a)(1)(A)(i). ECF No. 30.

Accordingly, it is **ORDERED** that this case is **DISMISSED.**

**This order closes the above-captioned case**.

/s/*Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: January 2, 2025